UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff<br><br>vs.<br><br>NFA CORPORATION<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-0513ML |

ANSWER OF NFA CORPORATION

1. Paragraphs 1, 2, II 4, III 24, IV 12, 15, 17, 21, 24, V 27, 28, 33, 34, 35, VI 40 and 41 state a legal conclusion to which no response is required. To the extent a response is required, denied.

2. Defendant NDA admits that the allegations contained in paragraphs II 2 and IV 22.

3. Defendant NFA denies the remaining allegations set forth in the complaint.

First Affirmative Defense

Plaintiff's claims are barred by the doctrines of collateral estoppel and claim preclusion.

Second Affirmative Defense

Plaintiff has failed to state a claim upon which relief may be granted.

Third Affirmative Defense

Plaintiff has failed to join an indispensable party.

Fourth Affirmative Defense

ERISA preempts any common law claims.

Fifth Affirmative Defense

Plaintiffs claims are time barred.

WHEREFORE, defendant requests that the complaint be dismissed and be awarded fees, interest, costs and attorneys' fees.

NFA CORPORATION d/b/a HOPE GLOBAL;
NFA CORPORATION

By its Attorney,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was filed electronically and sent via first class mail, postage prepaid to Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828 on 29th day of January, 2007.

/s/ William E. O'Gara

Doc #4270