**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-513ML** |
| | : | |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |

**PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS MOTION FOR ATTORNEYS FEES**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from February 26, 2007 to March 26, 2007 or, alternatively, an enlargement of time that this Court deems appropriate to address the immediate issues as contained herein. A memorandum of explanation is attached.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 26 th day of February, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-513ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |

**MEMORANDUM SUPPORTING PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS MOTION FOR ATTORNEYS FEES**

Plaintiff Lorraine Femino hereby moves, pursuant to Federal Rules of Civil Procedure 6(b)(1) for an enlargement of time from February 26, 2007 to March 26, 2007 or, alternatively, an enlargement of time that this Court deems appropriate to address the immediate issues as contained herein.

Plaintiff claims that there currently exists an unresolved material conflict that could alter all arguments defendants have submitted in the Motion for Attorneys Fees. Plaintiff alleges in this matter that NFA did materially contribute to all matters in the motion and that such facts should be accorded proper review and believes such facts will continue to emerge in the coming weeks.

Plaintiff respectfully requests that an enlargement of time from February 26, 2007 to March 26, 2007, or, an enlargement of time that this Court deems appropriate to address the immediate issues as contained herein be granted.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 26th day of February, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933