RECEIVED
MAR 12 2007
Property of U.S. District Court
District of Rhode Island

March 9, 2007

The Honorable Judge Mary Lisi
United States District Court
District of Rhode Island
Two Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

RE: C.A. 06-513ML, Lorraine Femino v. NFA Corporation

Dear Judge Lisi,

I have recently submitted motions to the Court containing errors and I believe such errors have become problematic for the Court requiring an explanation. I cannot type myself due to my medical condition. At the start of February, the person I relied on most injured both hands in a fall breaking one hand and injuring the other. I now call upon friends as I am able and as a result, the quality is suffering.

A specific matter of importance pertains to Femino v NFA, CA 06-513, Motion for Summary Judgment together with a supporting Sworn Affidavit dated March 3, 2007. Within the Memorandum of Law, this was incorrectly referenced on page 4, paragraph 2, as being "(Sworn Affidavit Lorraine Femino, dated March 2, 2003. (hereafter "Aff") ¶ 21." This was in error and should have read "(Sworn Affidavit Lorraine Femino, dated March 3, 2007. (hereafter "Aff") ¶ 21", the actual date of the Sworn Affidavit I did submit. I did reference the correct date within the cover Motion itself, but erred in the Memorandum of Law.

I apologize to the Court for the errors I have submitted and respectfully request the Court notice the above mentioned error in this matter.

Thank you,

Lorraine Femino

Lorraine Femino
4 Bayou Drive
Greenville, Rhode Island 02828

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 8th day of March, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive, Greenville, R.I. 02828