UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LORRAINE FEMINO

v.

CA 06-143 ML
CA 06-513 ML

NFA CORPORATION

ORDER

These matters are before the Court on objections to Reports and Recommendations issued by United States Magistrate Judge Almond on June 6, 2007. In each case, Magistrate Judge Almond recommends that the Motion for Summary Judgment filed by Defendant be granted and that the Motion for Summary Judgment filed by Plaintiff be denied. Plaintiff objects to the recommended disposition.

This Court has reviewed the Reports and Recommendations and Plaintiff's objections. Having done so, this Court finds that Plaintiff's objections are essentially a rehash of arguments she has made in the past, all of which have been rejected by this Court. Accordingly, this Court adopts the Reports and Recommendations in their entirety. In each case, Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgement is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 29, 2007