**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **C.A. 06-513-ML** |
| | : | |
| | : | |
| **NFA CORPORATION** | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Lorraine Femino, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 2nd day of July, 2007 and the Decision and Order Adopting Report and Recommendations entered in this action on the 29th day of June, 2007.

Lorraine Femino
Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 27th day of July, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino
Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933