**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 06-513-ML** |
| | : | |
| | : | |
| **NFA CORPORATION** | : | |

# Sworn Affidavit of Lorraine Femino

I, Lorraine Femino, being duly sworn according to law, do hereby depose and say:

1. I am Plaintiff in this case residing at 4 Bayou Drive, Greenville, Rhode Island, and I am presently pro se in the matter now before this Court.

2. I remain totally disabled due to illness and live alone.

3. My only source of income is from Social Security Disability Income (SSDI) in the amount of eight hundred ninety six dollars ($896.00) per month and public assistance in the form of food stamps, Medicaid and heating assistance.

4. I have no financial or personal assets beyond an average amount of twenty five dollars ($25.00) at the end of each month in my checking account and my car which is a 1996 Buick Skylark.

5. The required cost of filing an appeal is beyond my ability to pay.

The information in this affidavit is truthful and correct and is provided voluntarily under the penalties of perjury.

Lorraine Femino
4 Bayou Drive
Greenville, Rhode Island, 02828
401-949-4933

Subscribed and sworn to before me this 27 day of July, 2007

Nancy Barrett Notary
Notary Public #41913

My Commission Expires 9/16/09

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 27th day of July, 2007 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino
4 Bayou Drive
Greenville, Rhode Island, 02828
401-949-4933