UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 06-513ML |
| | : | |
| NFA CORPORATION d/b/a | : | |
| HOPE GLOBAL, et al. | : | |

NOTICE OF CHANGE OF ADDRESS

Please be advised of new address for William E. O'Gara, Esq.

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way
Suite 301
Providence, RI 02903
401-824-5100 (telephone)
401-824-5123 (facsimile)

Respectfully submitted,
DEFENDANTS

/s/ William E. O'Gara
William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Ste. 301
Providence, RI 02908
401-824-5100 (telephone)
401-824-5123 (facsimile)

CERTIFICATION

I hereby certify that on 10th day of August, 2007, I mailed a true copy of the within via first class prepaid postage to Lorraine Femino, 4 Bayou Drive, Greenville, RI, 02828.

/s/ William E. O'Gara

Doc #6323