MANDATE

06-00513
06-00143
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

---

Nos. 07-2178
07-2179

LORRAINE FEMINO,

Plaintiff, Appellant,

v.

NFA CORPORATION,

Defendant, Appellee.

---

**JUDGMENT**

Entered: April 14, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgments of the district court are affirmed.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

MH
**Deputy Clerk**

**Date:** 7/8/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. O'Gara & Ms. Femino.